Doc#: 18901
Bk: 3859 Pg: 11

EXHIBIT 2

Form RD 3550-14 ME
(Rev. 04-04)

[Space Above This Line For Recording Data]

United States Department of Agriculture
Rural Housing Service

Form Approved
OMB No. 0575-0172

# MORTGAGE FOR MAINE

THIS MORTGAGE ("Security Instrument") is made on December 16, 2005. [Date]
The mortgagor is
Jessica A. Charest
("Borrower").
This Security Instrument is given to the United States of America acting through the Rural Housing Service or successor agency, United States Department of Agriculture ("Lender"), whose address is Rural Housing Service, c/o Centralized Servicing Center, United States Department of Agriculture, P.O. Box 66889, St. Louis, Missouri 63166.

Borrower is indebted to Lender under the following promissory notes and/or assumption agreements (herein collectively called "Note") which have been executed or assumed by Borrower and which provide for monthly payments, with the full debt, if not paid earlier, due and payable on the maturity date:

| Date of Instrument | Principal Amount | Maturity Date |
|---|---|---|
| December 16, 2005 | $104,300.00 | December 16, 2038 |

This Security Instrument secures to Lender: (a) the repayment of the debt evidenced by the Note, with interest, and all renewals, extensions and modifications of the Note; (b) the payment of all other sums, with interest, advanced under paragraph 7 to protect the property covered by this Security Instrument; (c) the performance of Borrower's covenants and agreements under this Security Instrument and the Note, and (d) the recapture of any payment assistance and subsidy which may be granted to the Borrower by the Lender pursuant to 42 U.S.C. §§ 1472(g) or 1490a. For this purpose, Borrower irrevocably grants and conveys to Lender the following described property located in the County of Oxford, State of Maine:

SEE ATTACHED EXHIBIT A

which has the address of  Hope Hill Estates, Lot 13                    Hebron
                                        [Street]                                                    [City]
Maine        [ZIP] 04238        ("Property Address");

TOGETHER WITH all the improvements now or hereafter erected on the property, and all easements, appurtenances, and fixtures which now or hereafter are a part of the property. All replacements and additions shall also be covered by this Security Instrument. All of the foregoing is referred to in this Security Instrument as the "Property."

*According to the Paperwork Reduction Act of 1995, an agency may not conduct or sponsor, and a person is not required to respond to, a collection of information unless it displays a valid OMB control number. The valid OMB control number for this information collection is 0575-0172. The time required to complete this information collection is estimated to average 15 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information.*

Page 1 of 6

JC

Doc#:     18901
Bk: 3859 Pg:    12



## EXHIBIT 'A'

A certain lot or parcel of land, with any buildings thereon, situated in Hebron, Oxford County, State of Maine, bounded and described as follows:

Being Lot #13 on the subdivision plan of Hope Hill Estates prepared for Community Concepts, Inc., by Main-Land Development Consultants, Inc., recorded in the Oxford County Registry of Deeds in Plan File No. 3839 and Plan File No. 3840.

This conveyance is made subject to such state of facts as are set forth on the said plan of Hope Hill Estates recorded in the said Oxford County Registry of Deeds in Plan File No. 3839 and Plan File No. 3840.

Being a portion of the premises conveyed by Lakeville Homes, LLC to Community Concepts, Inc., by warranty deed dated February 4, 2005 and recorded in the Oxford County Registry of Deeds in Book 3671, Page 248.

Doc#: 18901
Bk: 3859 Pg: 17

PROVIDED that if all the indebtedness hereby secured is duly paid and each and every covenant, condition, agreement and obligation, contingent or otherwise, contained herein, secured hereby or arising hereunder is fully performed and discharged, this mortgage shall be void; otherwise to remain in full force and effect.

BY SIGNING BELOW, Borrower accepts and agrees to the terms and covenants contained in pages 1 through 6 of this Security Instrument and in any rider executed by Borrower and recorded with this Security Instrument

Signed, sealed, and delivered in the presence of:

_Diane M. Milligan_

_Jessica Charest_ (Seal)
Jessica A. Charest    Borrower

_____ (Seal)
                         Borrower

STATE OF MAINE } ss : **ACKNOWLEDGMENT**
COUNTY OF ANDROSCOGGIN

On this __16th__ day of __December__, __2005__, before me, the undersigned, a Notary Public in and for said State and County, personally appeared __Jessica A. Charest__, individually known to me and by me known to be the party(ies) executing the foregoing instrument, and to me acknowledged the said instrument to be executed by them as __her__ free act and deed.

My commission expires: _____    _Diane M. Milligan_
                                                     Notary Public
(NOTARIAL SEAL)   DIANE M. MILLIGAN
                  NOTARY PUBLIC, MAINE

## MAILING ADDRESS OF MORTGAGEE

In accordance with 33 Maine Revised Statutes Annotated 456, as amended (Chapter 57 of the 1971 Laws) I hereby certify that the precise address of the within Mortgagee is Rural Housing Service, c/o Centralized Servicing Center, United States Department of Agriculture, P.O. Box 66889, St. Louis, Missouri 63166.

_____
                For Mortgagee

Received
Recorded Register of Deeds
Dec 19,2005 09:21:06A
Oxford East County
Jane Rich