UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES DEPARTMENT OF AGRICULTURE, <br><br> PLAINTIFF <br><br> V. <br><br> JESSICA A. CHAREST <br><br> DEFENDANT | CIVIL ACTION NO.: 2:25-cv-00142-JAW |

### RESPONSE TO ORDER TO SHOW CAUSE

NOW COMES the United States Department of Agriculture (the "Plaintiff"), by and through its undersigned Counsel, and responds to the Court's Order to Show Cause [Dkt. No. 5] (the "Show Cause Order") as follows:

1. On April 8, 2025, the Plaintiff filed a complaint for foreclosure and order of sale against the Defendant, Jessica A. Charest, respecting the real property located at or about at 3 Hope Hill Drive, Hebron, Maine 04238 (the "Property").

2. On April 10, 2025, this Court, citing *Bank of Am., N.A. v. Greenleaf*, 2014 ME 89, 18, 96 A.3d 700, issued the Show Cause Order, pursuant to which the Plaintiff was order to show cause why the above-captioned case should not be dismissed without prejudice for failure to "describe the mortgaged premises intelligibly, including the street address of the mortgaged premises, if any, which must be prominently stated on the first page of the complaint" as required by 14 M.R.S.A. § 6321.

3. The undersigned is aware of the statutory conditions necessary to bring and maintain a foreclosure action under Maine law and is further aware that each condition must be strictly performed.

The undersigned concedes that, through inadvertence and oversight, the Complaint, as drafted, fails to intelligently describe, and prominently state on the first page thereof, the mortgaged premises, including its street address.

4. Respectfully, the undersigned submits that the defect identified in the Show Cause order may be remedied by the filing of an amended complaint.

5. Pursuant to Fed. R. Civ. P. 15(a)(1) a "party may amend its pleading once as a matter of course no later than … 21 days after serving [that pleading[.]" *See also* Fed. R. Civ. P. 7(a)(1) (including "a complaint" among the allowed pleadings). Where the Defendant has not yet been served, and there are no other parties to the action, the Plaintiff may amend its complaint as a matter of course, and in so doing, can cure the defect identified in the Show Cause Order. Toward that end, the Plaintiff is prepared to file the Amended Complaint, attached hereto as **Exhibit A**, to cure the defects in the Show Cause Order.

**WHEREFORE**, the Plaintiff prays that this Court determine that the Show Cause Order has been satisfied upon the Plaintiff's filing of the Amended Complaint, which Amended Complaint shall be filed with the Court within two (2) business days of the date on which the Show Cause Order is deemed satisfied, and that it grant such other relief as may be just and proper under the circumstances.

Dated this April 14, 2025

          /s/ *Kevin J. Crosman*
          Kevin J. Crosman, Bar No. 4279
          Attorney for Plaintiff

JENSEN BAIRD
Ten Free Street
PO Box 4510
Portland, Maine 04112-4510
(207) 775-7271
kcrosman@jensenbaird.com