UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES DEPARTMENT OF AGRICULTURE | ) ) ) |
| v. | ) CIVIL NO. 2:25-cv-00137-SDN |
| JESSICA A. CHAREST | ) ) ) |

ORDER TO SHOW CAUSE

A review of the file in the above matter reflects that the defendant was served on April 29, 2025. As of this date no responsive pleading has been filed and plaintiff has not moved for entry of default or default judgment.

Accordingly, it is ORDERED that pursuant to Rule 41.1(b) of the Local Rules of this Court counsel shall show cause in writing no later than 14 days from this date, why this matter should not be dismissed for lack of prosecution.

So ORDERED.

STACEY D. NEUMANN
United States District Judge


By: /s/Meghan York
Deputy Clerk

Dated this 2nd day of July, 2025.