UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | |
|---|---|
| **UNITED STATES DEPARTMENT OF AGRICULTURE**,<br><br>                          Plaintiff,<br><br>v.<br><br>**JESSICA CHAREST**,<br><br>                          Defendant, | CASE NO. **2:25-cv-00137-SDN** |

**MOTION TO EXTEND TIME TO FILE
MOTION FOR DEFAULT JUDGMENT**

NOW COMES the Plaintiff United States Department of Agriculture (the "Plaintiff"), by and through its counsel, and moves, pursuant to Fed. R. Civ. P. 6(b) that this Court extend the period within which it may file its Motion for Default Judgment in this case from August 15, 2025 to September 16, 2025, as follows:

      1.      Plaintiff moved for entry of default against Defendant Jessica Charest ("Defendant Charest") on July 15, 2025. This Court entered an order granting Default against Defendant on the same day.

      2.      Since July 15, 2025, all the required documents for filing of the Motion for Default, including all affidavits, have been drafted, and Maine counsel is awaiting an original, signed affidavit from the Plaintiff to file said motion. To accommodate any delays in Maine counsel's receipt of that document, Maine counsel is requesting an extension of the filing deadline to September 16, 2025.

      WHEREFORE, the Plaintiff prays that this Court: (a) extends to September 16, 2025, the period within which it may file a motion for default judgment with supporting documentation in

this case; and (b) grant the Plaintiff such other and further relief as this Court deems just and proper.

    Dated at Portland, Maine this August 14, 2025.

                                   /s/ Kevin J. Crosman
                                   Kevin J. Crosman, Esquire
                                   Attorney for Plaintiff
                                   United States Department of Agriculture

JENSEN BAIRD GARDNER & HENRY
Ten Free Street
P.O. Box 4510
Portland, ME  04112
(207) 775-7271
kevincrosman@jensenbaird.com

## CERTIFICATE OF SERVICE

    I, Kevin J. Crosman, Esquire hereby certifies that on August 13, 2025, I served the above Motion upon the Defendants by mailing a copy of the same to them at the following addresses by first class mail, postage prepaid:

                                   Jessica A. Charest
                                   3 Hope Hill Drive
                                   Hebron, ME 04238

Dated at Portland, Maine this August 14, 2025.

                                   /s/ Kevin J. Crosman
                                   Kevin J. Crosman, Esquire
                                   Attorney for Plaintiff