UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | |
|---|---|
| **UNITED STATES DEPARTMENT OF AGRICULTURE**, <br><br> Plaintiff, <br><br> v. <br><br> **JESSICA A. CHAREST**, <br><br> Defendant, | CASE NO. **2:25-cv-00137-SDN** |

**MOTION TO EXTEND TIME TO FILE
MOTION FOR DEFAULT JUDGMENT**

NOW COMES the Plaintiff United States Department of Agriculture (the "Plaintiff"), by and through its counsel, and moves, pursuant to Fed. R. Civ. P. 6(b) that this Court extend the period within which it may file its Motion for Default Judgment in this case from October 27, 2025, to December 1, 2025, as follows:

1. Plaintiff moved for entry of default against Jessica A. Charest ("Defendant") on July 15, 2025. This Court entered an order granting Default against Defendant on the same day.

2. Since July 15, 2025, all the required documents for filing of the Motion for Default, including all affidavits, have been drafted, and Maine counsel is awaiting an original, signed affidavit from the Plaintiff to file said motion. Due to the ongoing federal government shutdown, there have been delays in the Plaintiff's ability to transmit the signed affidavit to Maine counsel, including potential disruptions to mail and administrative services. To accommodate these delays and ensure the complete and proper filing of the Motion for Default Judgment, Plaintiff respectfully requests an extension of the filing deadline to December 1, 2025.

WHEREFORE, the Plaintiff prays that this Court: (a) extend to December 1, 2025, the period within which it may file a motion for default judgment with supporting documentation in

this case; and (b) grant the Plaintiff such other and further relief as this Court deems just and proper.

    Dated at Portland, Maine this October 17, 2025.

                                           /s/ Kevin J. Crosman
                                           Kevin J. Crosman, Esquire
                                           Attorney for Plaintiff
                                           United States Department of Agriculture

JENSEN BAIRD GARDNER & HENRY
Ten Free Street
P.O. Box 4510
Portland, ME  04112
(207) 775-7271
kcrosman@jensenbaird.com

**CERTIFICATE OF SERVICE**

    I, Kevin J. Crosman, Esquire hereby certifies that on October 17, 2025, I served the above Motion upon the Defendants by mailing a copy of the same to them at the following addresses by first class mail, postage prepaid:

Jessica A. Charest
3 Hope Hill Drive
Hebron, ME 04238

Dated at Portland, Maine this October 17, 2025.

                                           /s/ Kevin J. Crosman
                                           Kevin J. Crosman, Esquire
                                           Attorney for Plaintiff